# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| James Wheeler,<br>on behalf of himself and all others similarly situated | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2715-NEB-LIB |
| Subaru of America, Inc. | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's motion to dismiss (ECF No. 25) is GRANTED; and

2. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

Date:  April 1, 2020                                      KATE M. FOGARTY, CLERK

                                                         s/Lynnette Brennan
                                                    (By)  Lynnette Brennan, Deputy Clerk